IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNIVERSAL DELAWARE, INC.,          )
  doing business as              )   Civil Action
  GAP TRUCK STOP, on Behalf      )   No. 07-CV-01078
  of Itself and All Others       )
  Similarly Situated,            )
                              )
        Plaintiffs              )
                              )
      vs.                       )
                              )
CERIDIAN CORPORATION; and          )
COMDATA CORPORATION,               )
                              )
      Defendants               )

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 23rd day of April, 2007,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference.

IT IS FURTHER ORDERED that in the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457