<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
UNIVERSAL DELAWARE, INC., et al.,)
  on Behalf of Themselves and    )
  All Others Similarly Situated, ) Civil Action
                                 ) No. 07-CV-01078
                                 )
           Plaintiffs            )
                                 )
      vs.                        )
                                 )
COMDATA CORPORATION,             )
                                 )
           Defendant             )
```

<u>O R D E R</u>

NOW, this 15th day of December, 2009, upon consideration of the following motions:

(1) Plaintiffs' Motion for Status Conference, which motion was filed April 16, 2009; and

(2) Plaintiffs' Unopposed Motion for Entry of an Order Amending the Scheduling Order to Move Back the Class Certification Argument One Week, which motion was filed August 26, 2009;

it appearing that by Order of the undersigned dated November 10, 2009, the January 6, 2010 class certification hearing in this matter was stricken and an in-person status conference pursuant to Rule 16 of the Federal Rules of Civil Procedure was scheduled for January 6, 2010,

<u>IT IS ORDERED</u> that each motion is dismissed as moot.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge