# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNIVERSAL DELAWARE, INC., et al., on behalf of themselves and all others similarly situated, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 07-1078 |
| COMDATA CORPORATION, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 4th day of June, 2010, upon consideration of the Motion by Defendant Ceridian Corporation ("Ceridian") for Protective Order Regarding Plaintiffs' Discovery (Dkt. No. 209) and counsel's supporting affidavit (Dkt. No. 210) filed April 6, 2010; Plaintiffs' Response (Dkt. No. 228) filed May 3, 2010; Ceridian's Reply (Dkt. No. 229) filed May 4, 2010; Plaintiffs' Reply (Dkt. No. 230) filed May 4, 2010; a telephonic discovery conference held May 5, 2010; Ceridian's supplemental briefing (Dkt. No. 236) filed May 7, 2010; Plaintiffs' response to Ceridian's supplemental briefing (Dkt. No. 240) filed May 12, 2010; Ceridian's reply to Plaintiffs' response (Dkt. No. 245) filed May 14, 2010; Plaintiffs' informal motion to strike Ceridian's May 14, 2010 reply (Dkt. No. 246) filed May 14, 2010; Ceridian's May 24, 2010 facsimile update (Dkt. No. 252), and following a brief discussion during an unrelated telephonic discovery conference on June 3, 2010, and for the reasons stated

in the accompanying Memorandum,

**IT IS ORDERED** that this Motion is **GRANTED** to the extent that any information disclosed shall be labeled and produced pursuant to the requirements in the governing February 20, 2008 Protective Order.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** in all other respects.

BY THE COURT:


 */s/ Henry S. Perkin*
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE