## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNIVERSAL DELAWARE, INC., MARCHBANKS TRUCK SERVICE, INC. d/b/a BEAR MOUNTAIN TRAVEL STOP, MAHWAH FUEL STOP, GERALD F. KRACHEY d/b/a KRACHEY'S BP SOUTH, WALT WHITMAN TRUCK STOP, INC., on behalf of themselves and all others similarly situated, Plaintiffs, v. COMDATA NETWORK, INC. d/b/a COMDATA CORPORATION, CERIDIAN CORPORATION, TRAVELCENTERS OF AMERICA LLC, TA OPERATING LLC, TRAVELCENTERS OF AMERICA HOLDING COMPANY LLC, PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, PILOT CORPORATION, and LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., Defendants. | CIVIL ACTION NO. 07-1078 |

## ORDER

**AND NOW**, this 9th day of June, 2010, upon consideration of the Motion of Plaintiff, Universal Delaware, Inc. ("Universal"), for Protective Order (Dkt. No. 171) filed October 15, 2009, and the Memorandum of Law in Opposition (Dkt. No. 174) by Defendant Comdata Network, Inc. ("Comdata"), filed under seal on October 29, 2009 and for the reasons set forth in the accompanying Memorandum;

**IT IS ORDERED** that the Motion is **DENIED**, and Comdata is granted permission to take the deposition of Dan Batra, President of Universal Delaware.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge