```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCHBANKS TRUCK SERVICE, INC.,   )
   doing business as Bear        )
   Mountain Travel Stop;         )
MAHWAH FUEL STOP;                )
GERALD F. KRACHEY,               )   Civil Action
   doing business as Krachey's   )   No. 07-cv-01078
   BP South; and                 )
WALT WHITMAN TRUCK STOP, INC.,   )
   on Behalf of Themselves and   )
   All Others Similarly Situated,)
                                 )
            Plaintiffs           )
                                 )
         vs.                     )
                                 )
COMDATA NETWORK, INC.,           )
   doing business as Comdata     )
   Corporation, et al.;          )
CERIDIAN CORPORATION;            )
TRAVELCENTERS OF AMERICA LLC;    )
TA OPERATING LLC;                )
TRAVEL CENTERS OF AMERICA        )
   HOLDING COMPANY LLC;          )
PETRO STOPPING CENTERS, L.P.;    )
PILOT TRAVEL CENTERS LLC;        )
PILOT CORPORATION; and           )
LOVE'S TRAVEL STOPS & COUNTRY    )
   STORES, INC.,                 )
                                 )
            Defendants           )
```

HEARING/SETTLEMENT CONFERENCE SCHEDULING ORDER

NOW, this 22nd day of January, 2014,

IT IS ORDERED that a hearing/settlement conference is scheduled before Judge James Knoll Gardner on Friday, March 14, 2014, at 2:00 o'clock p.m. in Courtroom 4B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, to discuss motion for preliminary approval of settlement agreement.

IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by Judge Gardner.

By:

/s/ Cheryl E. Sinclair        
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457