# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCHBANKS TRUCK SERVICE, INC. d/b/a BEAR MOUNTAIN TRAVEL STOP, MAHWAH FUEL STOP, GERALD F. KRACHEY d/b/a/ KRACHEY'S BP SOUTH, WALT WHITMAN TRUCK STOP, INC., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COMDATA NETWORK, INC. d/b/a COMDATA CORPORATION, CERIDIAN CORPORATION, TRAVELCENTERS OF AMERICA LLC, TA OPERATING LLC, TRAVELCENTERS OF AMERICA HOLDING COMPANY LLC, PETRO STOPPING CENTERS, L.P., PILOT TRAVEL CENTERS LLC, PILOT CORPORATION, and LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,

Defendants.

Civil Action No. 07-1078-JKG

Consolidated Case

FILED
FEB 27 2014
MICHAEL E. KUNZ, Clerk
By _____Dep. Clerk

## STIPULATION AND ORDER

WHEREAS, Plaintiffs Marchbanks Truck Service, Inc. d/b/a Bear Mountain Travel Stop, Mahwah Fuel Stop, Gerald F. Krachey d/b/a/ Krachey's BP South, and Walt Whitman Truck Stop, Inc. (collectively, "Plaintiffs"), on the one hand, and (a) Comdata Network, Inc. n/k/a Comdata Inc. ("Comdata"), (b) Ceridian Corporation n/k/a Ceridian LLC ("Ceridian"), (c) Pilot Travel Centers, LLC and Pilot Corporation (collectively "Pilot"), (d) TravelCenters of America LLC and its wholly owned subsidiaries TA Operating LLC f/k/a TA Operating Corporation d/b/a

TravelCenters of America, TravelCenters of America Holding Company LLC f/k/a TravelCenters of America, Inc. and Petro Stopping Centers, L.P. (collectively, "TA"), and (e) Love's Travel Stops & Country Stores, Inc. ("Love's") (together "Defendants"), on the other, have entered into memoranda of understanding to settle the above-captioned action (the "Settlements");

WHEREAS, pursuant to Order dated January 30, 2014 (Dkt. No. 695) the Court set a deadline of February 28, 2014 for Plaintiffs to file a motion for preliminary approval of a final settlement agreement;

WHEREAS, the parties have been working diligently and in good faith to prepare the necessary documents, but require a short extension of time in which to finalize them;

WHEREAS, no previous extension has been sought or granted;

NOW THEREFORE, Plaintiffs, Comdata, Ceridian, the TA Defendants, the Pilot Defendants and Love's hereby stipulate and agree that:

1. Plaintiffs shall file a motion for preliminary approval of a final settlement agreement on or before March 4, 2014;

2. In all other respects, the Court's January 30, 2014 Order (Dkt. No. 695) shall remain unchanged and in full force and effect

| | |
|---|---|
| *[signature]*<br>Eric L. Cramer<br>Andrew C. Curley<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103-6305<br><br>Eric B. Fastiff<br>Dean M. Harvey<br>LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP | *[signature]*<br>J. Gordon Cooney, Jr.<br>Steven A. Reed<br>R. Brendan Fee<br>MORGAN LEWIS & BOCKIUS LLP<br>1701 Market Street, 51st Floor<br>Philadelphia, PA 19103-2921<br><br>Counsel for Defendant<br>*Comdata Network, Inc.* |

| | |
|---|---|
| 275 Battery St., Suite 3000<br>San Francisco, CA 94111<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br><br>Stephen R. Neuwirth<br>Dale H. Oliver<br>QUINN EMANUEL URQUHART<br>  &amp; SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>*Co-Lead Class Counsel* | */s/ Carolyn P. Short*<br>Carolyn P. Short<br>Shannon E. McClure<br>Brooke N. Wallace<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7301<br><br>Counsel for Defendant<br>*Ceridian Corporation* |
| | Jane E. Willis (*pro hac vice*)<br>Daniel J. Bennett (*pro hac vice*)<br>Matthew L. McGinnis (*pro hac vice*)<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199<br><br>Counsel for Defendants<br>*TravelCenters of America LLC, TravelCenters of America Holding Company LLC, TA Operating LLC, and Petro Stopping Centers, L.P.* |
| | John H. Bogart (*pro hac vice*)<br>TELOS VG, PLLC<br>299 South Main Street, Suite 1300<br>Salt Lake City, Utah 84111<br><br>Counsel for Defendants<br>*Pilot Travel Centers LLC and Pilot Corporation* |

275 Battery St., Suite 3000
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (415) 956-1008

Stephen R. Neuwirth
Dale H. Oliver
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
*Co-Lead Class Counsel*

Carolyn P. Short
Shannon E. McClure
Brooke N. Wallace
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Counsel for Defendant
*Ceridian Corporation*

_____
Jane E. Willis (*pro hac vice*)
Daniel J. Bennett (*pro hac vice*)
Matthew L. McGinnis (*pro hac vice*)
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199

Counsel for Defendants
*TravelCenters of America LLC, TravelCenters of America Holding Company LLC, TA Operating LLC, and Petro Stopping Centers, L.P.*

_____
John H. Bogart (*pro hac vice*)
TELOS VG, PLLC
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111

Counsel for Defendants
*Pilot Travel Centers LLC and Pilot Corporation*

| | |
|---|---|
| 275 Battery St., Suite 3000<br>San Francisco, CA 94111<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br><br>Stephen R. Neuwirth<br>Dale H. Oliver<br>QUINN EMANUEL URQUHART<br>  &amp; SULLIVAN, LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>*Co-Lead Class Counsel* | Carolyn P. Short<br>Shannon E. McClure<br>Brooke N. Wallace<br>REED SMITH LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103-7301<br><br>Counsel for Defendant<br>*Ceridian Corporation*<br><br>Jane E. Willis (*pro hac vice*)<br>Daniel J. Bennett (*pro hac vice*)<br>Matthew L. McGinnis (*pro hac vice*)<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199<br><br>Counsel for Defendants<br>*TravelCenters of America LLC, TravelCenters of America Holding Company LLC, TA Operating LLC, and Petro Stopping Centers, L.P*<br><br>*/s/ [signature]*<br><br>John H. Bogart (*pro hac vice*)<br>TELOS VG, PLLC<br>299 South Main Street, Suite 1300<br>Salt Lake City, Utah 84111<br><br>Counsel for Defendants<br>*Pilot Travel Centers LLC and Pilot Corporation* |

|  | /s/ Mack J. Morgan, III<br>Mack J. Morgan, III (*pro hac vice*)<br>CROWE & DUNLEVY, P.C.<br>20 N. Broadway Ave., Suite 1800<br>Oklahoma City, OK 73102<br><br>Counsel for Defendant<br>*Love's Travel Stops & Country Stores, Inc.* |
|---|---|

SO ORDERED:

/s/ James Knoll Gardner
Honorable James Knoll Gardner, U.S.D.J.
February 27, 2014