IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCHBANKS TRUCK SERVICE, INC., *et al.*, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br>     v.<br><br>COMDATA NETWORK, INC., d/b/a COMDATA CORPORATION, *et al.*,<br><br>                         Defendants. | Civil Action No. 07-1078-JKG<br><br>Consolidated Case |

## CERTIFICATE OF UNCONTESTED MOTION

Pursuant to Local Rule 7.1(b), the undersigned certifies that the attached Unopposed Motion for Final Approval of Settlement is uncontested by the parties.

                                        Respectfully Submitted,

DATED: June 16, 2014                    */s/ Eric B. Fastiff*

                                        Eric L. Cramer
                                        Andrew C. Curley
                                        BERGER & MONTAGUE, P.C.
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        Tel: (215) 875-3000
                                        Fax: (215) 875-4604

                                        Eric B. Fastiff
                                        Dean M. Harvey
                                        Marc A. Pilotin
                                        LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP
                                        275 Battery St., 29th Floor
                                        San Francisco, CA 94111-3339
                                        Tel: (415) 956-1000
                                        Fax: (415) 956-1008

1180588.1

                Stephen R. Neuwirth
                Dale H. Oliver
                Jeffrey G. Shandel
                QUINN EMANUEL URQUHART
                & SULLIVAN, LLP
                51 Madison Ave., 22nd Floor
                New York, NY 10010
                Tel: (212) 849-7000
                Fax: (212) 849-7100

                *Co-Lead Counsel for Plaintiffs*

1180588.1